*filed in open court 5/27/2022 ato*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 18-75-JDW-1 |
| RYAN BACON, (a.k.a. "Buck 50," "Vegas 50," "50"), | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Jesse S. Wenger and Christopher L. de Barrena-Sarobe, Assistant United States Attorneys, and hereby moves the Court to dismiss Count Four of the Second Superseding Indictment, pursuant to the Memorandum of Plea Agreement.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: */s/ Jesse S. Wenger*
Jesse S. Wenger
Christopher L. de Barrena-Sarobe
Assistant United States Attorneys

Dated: May 27, 2022

SO ORDERED this 27th day of May, 2022.

_____
HONORABLE JOHSUA D. WOLSON
UNITED STATES DISTRICT COURT JUDGE